UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRCK M. WHITE,<br><br>     Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, *et al.*,<br><br>     Defendants. | Case No. 2:21-cv-01102-JAM-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On December 8, 2021, I screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A. ECF No. 8. I notified plaintiff that it failed state a claim and granted him thirty days to file an amended complaint. *Id*. Plaintiff failed to timely file an amended complaint. Accordingly, on February 11, 2022, I ordered him to show cause within twenty-one days why this action should not be dismissed for failure to prosecute and failure to state a claim. ECF No. 11. I notified him that if he wished to continue with this lawsuit, he must file an amended complaint. I also warned him that failure to comply with the February 11 order would result in a recommendation that this action be dismissed. *Id*.

The deadline has passed, and plaintiff has not filed an amended complaint nor otherwise responded to the February 11, 2022, order. Accordingly, it is hereby RECOMMENDED that:

1

1. This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the December 8, 2021, order. *See* ECF No. 63.

2. The Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:   April 13, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE